THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MICHAEL TERRELL
Assistant United States Attorney
California Bar Number: 113656
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0526
    Facsimile: (213) 894-0142
    E-mail: mike.terrell@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 91-817-R |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C) |
| v. | |
| ALLEN RAY LEWIS, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the imprisonment portion of defendant Allen Ray Lewis' sentence is reduced from 262 months to 210 months incarceration and defendant Lewis shall be released forthwith. All other terms and conditions of defendant Lewis' previously imposed sentence shall remain the same.

DATED: April 1, 2008

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

MICHAEL TERRELL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, **NETTIE RAFEE** declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on March 31, 2008, I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage,

a copy of: **(Proposed) Order Granting Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C)** was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:   [ ] By federal express as follows:

Christopher W. Dybwad
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

at his last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **March 31, 2008**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Nettie Rafee*
Nettie Rafee

# Motions
2:91-cr-00817-ER USA v. Lewis, et al
APPEAL, CLOSED

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Terrell, Michael on 3/31/2008 at 12:15 PM PDT and filed on 3/31/2008

**Case Name:** USA v. Lewis, et al
**Case Number:** 2:91-cr-817
**Filer:** USA
**Document Number:** 127

**Docket Text:**
NOTICE OF MOTION AND MOTION for Order for GRANTING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(C) Filed by Plaintiff USA as to Defendant Allen Ray Lewis (Attachments: # (1) CERTIFICATE OF SERVICE)(Terrell, Michael)

**2:91-cr-817-1 Notice has been electronically mailed to:**

John D Robertson    jdrlaw@hotmail.com

**2:91-cr-817-1 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Arnold M Notkoff
Notkoff & Curran
400 S Beverly Dr, Ste 214
Beverly Hills, CA 90212-4482

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\NRafee\ECF FILINGS\CAC.LA.CR9100817.20080331.MT.ORDER GRANTING DEFT MOTION OF REDUCTION OF SENTENCE.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/31/2008] [FileNumber=5604351-0]
[65f73c457e4fd8618c56c83dc5e069a11a5753a12010a3315d65d02ddb05b382fb30
be8dfd2fe5f57b4c554da286a9289d788eaf2247be48726d3179851b18ed]]
**Document description:** CERTIFICATE OF SERVICE
**Original filename:** N:\NRafee\ECF FILINGS\CAC.LA.CR9100817.20080331.MT.ORDER GRANTING DEFT MOTION OF REDUCTION OF SENTENCE COS.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/31/2008] [FileNumber=5604351-1]
[860e03809da7aa83be0137b7f9b59c9b6ebef568d7903bb5f348130d54efea7be96b

2c46aec46fe18bc128642be25f4067aac24664347fc97cea8f3f61bd33d7]]